ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 2:25-MJ-148-SCR |
| --- | --- |
| Plaintiff, | 2:25-MJ-156-SCR |
| v. | |
| COY MOBLEY, JESSICA PACK, | ORDER TO FILE REDACTED COPY OF COMPLAINTS |
| Defendants. | |

    The government's motion to unseal the above-referenced cases and file redacted copies of the sealed complaints and affidavits is GRANTED.

Dated: October 29, 2025

/s/ Carolyn K. Delaney
_____
HON. CAROLYN K. DELANEY
Chief U.S. Magistrate Judge